673 A.2d 864

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**James WILSON, Petitioner.**

Supreme Court of Pennsylvania.

April 23, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 23rd day of April, 1996, the Petition for Allowance of Appeal is granted with oral argument limited to the sole issue of whether the trial *in absentia* violated Petitioner's federal and state constitutional rights.